**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00380-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. GARRYN JACKSON,

      Defendant.

---

## MINUTE ORDER[1]

---

A Notice of Disposition was filed on October 11, 2012. The request for permission to contact chambers to obtain a change of plea date is **GRANTED**. The parties shall contact chambers on **October 16, 2012**, at 10:00 a.m., to set this matter for a change of plea hearing. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated: October 11, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.