**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00380-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GARRYN JACKSON,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The change of plea hearing set for December 14, 2012, is **VACATED** and is **CONTINUED** to Wednesday, **December 19, 2012**, commencing at 10:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: December 14, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.