IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 12-cr-00380-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GARRYN JACKSON,

    Defendant.

---

## MINUTE ORDER[1]

---

On March 19, 2013, the court conferred with counsel telephonically to reset the Sentencing Hearing in this matter. After conferring with counsel and by agreement of all,

**IT IS ORDERED** as follows:

1. That the Sentencing Hearing is now set for Thursday, **April 25, 2013**, at 10:00 a.m., at which counsel and the defendant shall appear without further notice or order;

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: March 19, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.